UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re } | | Bankruptcy No. 19-10158-TPA |
| } | | |
| BRADLEY C. EATON and } | | Chapter 13 |
| DEBBIE A. EATON, } | | |
| Debtors } | | Related to Claim No. 19 |
| } | | |
| ROUNDPOINT MORTGAGE SERVICING } | | Hearing: |
| CORPORATION, } | | |
| } | | |
| v. } | | |
| } | | |
| BRADLEY C. EATON and } | | |
| DEBBIE A. EATON, } | | |
| Debtors } | | |
| } | | |
| and } | | |
| } | | |
| RONDA J. WINNECOUR, } | | |
| Trustee } | | |

## DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

AND NOW, come Bradley C. Eaton and Debbie A. Eaton, Debtors, by and through the undersigned counsel, and files the within Declaration Regarding Notice of Mortgage Payment Change and would show the Court:

1. The existing Chapter 13 plan is sufficient to pay the new payment amount.

WHEREFORE, Bradley C. Eaton and Debbie A. Eaton, Debtors, move the Court to accept the foregoing Declaration Regarding Notice of Mortgage Payment Change.

Respectfully submitted,

EXECUTED ON:  August 6, 2020        By:        */s/Robert Shearer*
Robert Shearer
Attorney for Debtors
PA Bar #83745
5703 Brewster Lane
Erie, PA  16505
(814) 504-2613
information@robertshearer.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re } | Bankruptcy No. 19-10158-TPA |
| } | |
| BRADLEY C. EATON and } | Chapter 13 |
| DEBBIE A. EATON, } | |
|  Debtors } | Related to Claim No. 19 |
| } | |
| ROUNDPOINT MORTGAGE SERVICING } | Hearing: |
| CORPORATION, } | |
| } | |
|  v. } | |
| } | |
| BRADLEY C. EATON and } | |
| DEBBIE A. EATON, } | |
|  Debtors } | |
| } | |
|  and } | |
| } | |
| RONDA J. WINNECOUR, } | |
|  Trustee } | |

CERTIFICATE OF SERVICE OF
DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

 I certify under penalty of perjury that I served the above-captioned documents on the parties at the addresses specified below or on the attached list on August 6, 2020

The type(s) of service made on the parties was first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.

EXECUTED ON:  August 6, 2020        By:        */s/Robert Shearer*
                                                Robert Shearer
                                                Attorney for Debtors

                                                PA Bar #83745

                                                5703 Brewster Lane
                                                Erie, PA  16505
                                                (814) 504-2613
                                                information@robertshearer.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour, Trustee
U.S. Steel Tower, Suite 3260
600 Grant Street
Pittsburgh, PA  15219

Bradley C. Eaton
Debbie A. Eaton
321 W. Townhall Road
Waterford, PA  16441

Rebecca A. Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106