**UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

04/21/2021

IN RE:

BRADLEY C. EATON
DEBBIE A. EATON
321 W. TOWNHALL ROAD
WATERFORD,  PA  16441
XXX-XX-6541          Debtor(s)

XXX-XX-1672

Case No.19-10158 TPA

Chapter 13

### NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known. In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

4/21/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim # / Court Claim # / Claim | Details |
|---|---|---|
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41021<br>NORFOLK, VA  23541 | Trustee Claim Number:1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  CARE CREDIT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: 4649 |
| **CHRISTOPHER M MCMONAGLE ESQ**<br>STERN & EISENBERG PC<br>1581 MAIN ST STE 200<br>THE SHOPS AT VALLEY SQUARE<br>WARRINGTON, PA  18976 | Trustee Claim Number:2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  ROUNDPOINT MORT/PRAE | CRED DESC:  NOTICE ONLY<br>ACCOUNT NO.: |
| **FIFTH THIRD BANK**<br>ATTN CONSUMER BKRPTCY PMT DIVISION**<br>1830 EAST PARIS SE MS#RSCB3E<br>GRAND RAPIDS, MI  49546 | Trustee Claim Number:3   INT %: 5.49%<br>Court Claim Number:1<br>CLAIM:  8,503.08<br>COMMENT:  CL1GOVS@PIF*198MO@LTCD/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 7550 |
| **HUNTINGTON NATIONAL BANK S/B/M  FIRST ME**<br>5555 CLEVELAND AVE - GW1N10<br>COLUMBUS, OH  43231 | Trustee Claim Number:4   INT %: 4.84%<br>Court Claim Number:5<br>CLAIM:  4,693.38<br>COMMENT:  CL5GOVS@PIF*345.93MO@LTCD/PL | CRED DESC:  VEHICLE<br>ACCOUNT NO.: 5195 |
| **FREEDOM MORTGAGE CORP**<br>ATTN PAYMENT PROCESSING<br>10500 KINCAID DR<br>FISHERS, IN  46037 | Trustee Claim Number:5   INT %: 0.00%<br>Court Claim Number:19<br>CLAIM:  0.00<br>COMMENT:  CL19GOVS*PMT/DECL*DKT4PMT-LMT*BGN 3/19*FR ROUNDPOINT*DOC 73 | CRED DESC:  MORTGAGE REGULAR PAYME<br>ACCOUNT NO.: 0341 |
| **BARCLAYS BANK DELAWARE**<br>125 S WEST ST<br>WILMINGTON, DE  19801 | Trustee Claim Number:6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT:  NT ADR/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **BBY/CBNA**<br>POB 6497<br>SIOUX FALLS, SD  57117 | Trustee Claim Number:7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:8   INT %: 0.00%<br>Court Claim Number:7<br>CLAIM:  966.09<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7982 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN IN**<br>PO BOX 71083<br>CHARLOTTE, NC  28272-1083 | Trustee Claim Number:9   INT %: 0.00%<br>Court Claim Number:6<br>CLAIM:  3,314.60<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: 7036 |
| **CAPITAL ONE****<br>6125 LAKEVIEW RD STE 800<br>CHARLOTTE, NC  28269 | Trustee Claim Number:10  INT %: 0.00%<br>Court Claim Number:<br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **CAPITAL ONE\*\*** 6125 LAKEVIEW RD STE 800 CHARLOTTE, NC 28269 | Trustee Claim Number:11 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **CENTURY SUPPORT SERVICES** 200 COMMERCE LOOP STE 2111 BANCO BUSINE IRWIN, PA 15642 | Trustee Claim Number:12 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **CLARITY FINANCE** 8 KENNEBASIS RD PRINCETON, ME 04668 | Trustee Claim Number:13 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** PO BOX 788 KIRKLAND, WA 98083-0788 | Trustee Claim Number:14 INT %: 0.00% Court Claim Number:14 CLAIM: 257.65 COMMENT: JESSICA LONDON | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 9405 |
| **LVNV FUNDING LLC** C/O RESURGENT CAPITAL SVCS PO BOX 10587 GREENVILLE, SC 29603-0587 | Trustee Claim Number:15 INT %: 0.00% Court Claim Number:20 CLAIM: 1,978.83 COMMENT: CREDIT ONE BANK | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 2933 |
| **FIRST NATIONAL BANK OF OMAHA(\*)** 1620 DODGE ST STOP 3106\* OMAHA, NE 68197-3106 | Trustee Claim Number:16 INT %: 0.00% Court Claim Number:12 CLAIM: 3,031.60 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0933 |
| **FIRST NATIONAL BANK OF OMAHA(\*)** 1620 DODGE ST STOP 3106\* OMAHA, NE 68197-3106 | Trustee Claim Number:17 INT %: 0.00% Court Claim Number:11 CLAIM: 4,003.55 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0609 |
| **FNCC** 500 E 60TH ST SIOUX FALLS, SD 57104 | Trustee Claim Number:18 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **FNCC** 500 E 60TH ST SIOUX FALLS, SD 57104 | Trustee Claim Number:19 INT %: 0.00% Court Claim Number: CLAIM: 0.00 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: |
| **FREEDOM FINANCIAL** BOX 204791 2975 REGENT BLVD IRVING, TX 75063 | Trustee Claim Number:20 INT %: 0.00% Court Claim Number:3 CLAIM: 18,088.11 COMMENT: | CRED DESC: UNSECURED CREDITOR ACCOUNT NO.: 0490 |

| Creditor | Trustee/Court Claim | Creditor Description |
|---|---|---|
| **KEYBANK NA\*\***<br>POB 94968<br><br>CLEVELAND, OH  44101 | Trustee Claim Number:21  INT %:  0.00%<br>Court Claim Number:4<br><br>CLAIM:  5,110.54<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6457 |
| **LVNV FUNDING LLC**<br>C/O RESURGENT CAPITAL SVCS<br>PO BOX 10587<br><br>GREENVILLE, SC  29603-0587 | Trustee Claim Number:22  INT %:  0.00%<br>Court Claim Number:15<br><br>CLAIM:  14,491.80<br>COMMENT:  WEBBANK~LENDING CLUB | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8265 |
| **LENDING CLUB CORP**<br>DEPT 34268<br>PO BOX 39000<br><br>SAN FRANCISCO, CA  94139 | Trustee Claim Number:23  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MARINER FINANCE LLC**<br>8211 TOWN CENTER DR<br><br>NOTTINGHAM, MD  21236 | Trustee Claim Number:24  INT %:  0.00%<br>Court Claim Number:21<br><br>CLAIM:  4,935.58<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3546 |
| **MASON EASY PAY**<br>POB 77001<br><br>MADISON, WI  53707-1001 | Trustee Claim Number:25  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  CL@39 | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **MERRICK BANK**<br>C/O RESURGENT CAPITAL SVCS\*\*<br>POB 10368<br><br>GREENVILLE, SC  29603-0368 | Trustee Claim Number:26  INT %:  0.00%<br>Court Claim Number:2<br><br>CLAIM:  3,288.35<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  6004 |
| **MITIG LLC CASH CITY**<br>BOX 301<br><br>LAC DU FLAMBEAU, WI  54538 | Trustee Claim Number:27  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ONE MAIN FINANCIAL(\*)**<br>PO BOX 3251<br><br>EVANSVILLE, IN  47731-3251 | Trustee Claim Number:28  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **SYNCHRONY BANK**<br>C/O PRA RECEIVABLES MANAGEMENT LLC<br>PO BOX 41031<br><br>NORFOLK, VA  23541 | Trustee Claim Number:29  INT %:  0.00%<br>Court Claim Number:16<br><br>CLAIM:  206.21<br>COMMENT:  CAR CARE | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  8396 |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC**<br>PO BOX 12914<br><br>NORFOLK, VA  23541 | Trustee Claim Number:30  INT %:  0.00%<br>Court Claim Number:17<br><br>CLAIM:  2,961.99<br>COMMENT:  CARE CREDIT\*SYNCHRONY BANK | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4649 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **TD BANK USA NA**\*\*<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124 | Trustee Claim Number:31  INT %: 0.00%<br>Court Claim Number:18<br>CLAIM: 2,176.73<br>COMMENT: TARGET | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 3665 |
| **USAA SAVINGS BANK**<br>C/O WEINSTEIN & RILEY PS<br>PO BOX 3978<br>SEATTLE, WA  98124-3978 | Trustee Claim Number:32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **UNITED REFINING**<br>POB 599<br>WARREN, PA  16365-0599 | Trustee Claim Number:33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **WEBLOAN**<br>1920 MAIN ST STE 300<br>IRVINE, CA  92614 | Trustee Claim Number:34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CRAIG H FOX ESQ**<br>FOX & FOX<br>706 1 MONTGOMERY PLZ<br>NORRISTOWN, PA  19401 | Trustee Claim Number:35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **LEOPOLD & ASSOCIATES PLLC**<br>80 BUSINESS PARK DR STE 110<br>ARMONK, NY  10504 | Trustee Claim Number:36  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **SUMMIT STORAGE CENTER**<br>8971 PEACH ST<br>WATERFORD, PA  16441 | Trustee Claim Number:37  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /SCH G | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **COUNTRY DOOR**<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:38  INT %: 0.00%<br>Court Claim Number:8<br>CLAIM: 93.57<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 1530 |
| **MASON**<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:39  INT %: 0.00%<br>Court Claim Number:9<br>CLAIM: 623.94<br>COMMENT: SCH@25 | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 302E |
| **THE SWISS COLONY**<br>C/O CREDITORS BANKRUPTCY SVC\*<br>PO BOX 800849<br>DALLAS, TX  75380 | Trustee Claim Number:40  INT %: 0.00%<br>Court Claim Number:10<br>CLAIM: 642.96<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 184A |

| CLAIM RECORDS | | |
|---|---|---|
| **VERIZON BY AMERICAN INFOSOURCE AS AGEN** | Trustee Claim Number:41  INT %: 0.00% | CRED DESC: UNSECURED CREDITOR |
| PO BOX 4457 | Court Claim Number:13 | ACCOUNT NO.: 0001 |
| | CLAIM: 159.46 | |
| HOUSTON, TX 77210-4457 | COMMENT: NT/SCH*LAST TRANSACTION: 2/28/19 | |
| **FREEDOM MORTGAGE CORP** | Trustee Claim Number:42  INT %: 0.00% | CRED DESC: MORTGAGE ARR. |
| ATTN PAYMENT PROCESSING | Court Claim Number:19 | ACCOUNT NO.: 0341 |
| 10500 KINCAID DR | | |
| | CLAIM: 124.71 | |
| FISHERS, IN 46037 | COMMENT: CL19GOVS*$0/PL*THRU 2/19*FR ROUNDPOINT*DOC 73 | |
| **KML LAW GROUP PC*** | Trustee Claim Number:43  INT %: 0.00% | CRED DESC: NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | CLAIM: 0.00 | |
| PHILADELPHIA, PA 19106 | COMMENT: ROUNDPOINT MORT/PRAE | |