**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

|  |  |  |
|---|---|---|
| | ) | |
| IN RE: | ) | CASE NO.  19-10158-TPA |
| BRADLEY C. EATON AND DEBBIE | ) | CHAPTER 13 |
| A. EATON | ) | |
| DEBTORS | ) | |

**NOTICE OF APPEARANCE PURSUANT TO BANKRUPTCY RULE 9010 (b) AND**
**REQUEST FOR NOTICES UNDER BANKRUPTCY RULE 2002 REGARDING**
**PROPERTY DESCRIBED AS  321W TOWNHALL RD, WATERFORD, PA 16441 AND**
**THAT CERTAIN LOAN MORE SPECIFICALLY IDENTIFIED AS LOAN NUMBER**
**\*\*\*\*\*\*\*0341**

NOW COMES Freedom Mortgage Corporation, by and through its attorney Brock and

Scott, PLLC, pursuant to Bankruptcy Rule 9010 and makes its appearance as a secured creditor

in this cause and, pursuant to Bankruptcy Rule 2002, requests that it be noticed on all pleadings,

documents and hearings; that it receive copies of all documents; and be added to the matrix to be

served at the addresses below:

Mario Hanyon
Brock and Scott, PLLC
Attorneys at Law
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
pabkr@brockandscott.com

Freedom Mortgage
10500 Kincaid Drive
Fishers, Indiana 46037

Please take notice that the undersigned hereby appears as counsel for Freedom Mortgage

Corporation pursuant to Bankruptcy Rule 9010(b). The undersigned's filing of this notice is limited

to the instant case noted above and should not be construed as unlimited representation of the

21-05738 BKSUP01

 

Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant

case or any associated case or proceeding involving the above-named Creditor.

RESPECTFULLY SUBMITTED,

/s/ Mario Hanyon

Mario Hanyon
Attorney at Law (203993)
Brock & Scott, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
844-856-6646 x4560
704-369-0760
pabkr@brockandscott.com

21-05738 BKSUP01

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Notice of Appearance has been electronically served or mailed, postage prepaid on <u>July 27, 2021</u> to the following:

BRADLEY C. EATON
321 W TOWNHALL RD
WATERFORD, PA 16441-4225

DEBBIE A. EATON
321 W TOWNHALL RD
WATERFORD, PA 16441-4225

Robert Shearer, Debtor's Attorney
Robert Shearer, P.C.
5703 Brewster Lane
Erie, PA 16505
814 504 2613

Robert Shearer, Debtor's Attorney
Robert Shearer, P.C.
5703 Brewster Lane
Erie, PA 16505
information@robertshearer.com

Ronda J Winnecour, Bankruptcy Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee, US Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

/s/ *Mario Hanyon*
Mario Hanyon
Attorney at Law (203993)
Brock & Scott, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
844-856-6646 x4560
704-369-0760

21-05738 BKSUP01

pabkr@brockandscott.com

21-05738 BKSUP01