UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re } | | Bankruptcy No. 19-10158-JCM |
| } | | |
| BRADLEY C. EATON and } | | Chapter 13 |
| DEBBIE A. EATON, } | | |
|       Debtors } | | |
| } | | |
| BRADLEY C. EATON and } | | |
| DEBBIE A. EATON, } | | |
|       Movants } | | |
| } | | |
| v. } | | |
| } | | |
| LEOPOLD & ASSOCIATES, PLLC, } | | |
|       Respondent } | | |

NOTICE OF CHANGE OF ADDRESS

Undeliverable Address:

    Creditor Name:  LEOPOLD & ASSOCIATES, PLLC

    Incorrect Address:  2041 SPRINGWOOD ROAD, YORK, PA  17403-4836

Corrected Address:

    Creditor Name:  LEOPOLD & ASSOCATES, PLLC

    Correct Address:  80 BUSINESS PARK DRIVE #110, ARMONK, NY  10504

    DATED:  August 24, 2023

                          Respectfully submitted,

                          */s/Robert Shearer*
                          Robert Shearer
                          Attorney for Debtor
                          PA Bar #83745
                          P.O. Box 44
                          Manchester, PA  17345
                          (814) 504-2613
                          information@robertshearer.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re } | | Bankruptcy No. 19-10158-JCM |
| } | | |
| BRADLEY C. EATON and } | | Chapter 13 |
| DEBBIE A. EATON, } | | |
|         Debtors } | | |
| } | | |
| BRADLEY C. EATON and } | | |
| DEBBIE A. EATON, } | | |
|         Movants } | | |
| } | | |
| v. } | | |
| } | | |
| LEOPOLD & ASSOCIATES, PLLC, } | | |
|         Respondent } | | |

CERTIFICATE OF SERVICE OF NOTICE OF CHANGE OF ADDRESS

I certify under penalty of perjury that I served the above-captioned documents on the parties at the addresses specified below or on the attached list on August 24, 2023.

The type(s) of service made on the parties was first class mail.

If more than one method of service was employed, this Certificate of Service groups the parties by the type of service.

Office of the United States Trustee, Liberty Center, Suite 970, 1001 Liberty Avenue, Pittsburgh, PA  15222

Office of the Chapter 13 Trustee, U.S. Steel Tower, Suite 3250, 600 Grant Street, Pittsburgh, PA  15219

Bradley C. Eaton and Debbie A. Eaton, 321 W. Townhall Road, Waterford, PA  16441

Leopold & Associates, PLLC, 80 Business Park Drive #110, Armonk, NY  10504


EXECUTED ON:  August 24, 2023          By:          */s/Robert Shearer*
                                                                                             Robert Shearer
                                                                                             Attorney for Debtor
                                                                                             PA Bar #83745
                                                                                             P.O. Box 44
                                                                                             Manchester, PA  17345
                                                                                             (814) 504-2613
                                                                                             information@robertshearer.com