UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re } | | Bankruptcy No. 19-10158-JCM |
| } | | |
| BRADLEY C. EATON and } | | Chapter 13 |
| DEBBIE A. EATON, } | | |
| Debtors } | | Related to Claim No. 19 |
| } | | |
| FREEDOM MORTGAGE } | | Hearing: |
| CORPORATION, } | | |
| } | | |
| v. } | | |
| } | | |
| BRADLEY C. EATON and } | | |
| DEBBIE A. EATON, } | | |
| Debtors } | | |
| } | | |
| and } | | |
| } | | |
| RONDA J. WINNECOUR, } | | |
| Trustee } | | |

AMENDED DECLARATION REGARDING
NOTICE OF MORTGAGE PAYMENT CHANGE

AND NOW, come Bradley C. Eaton and Debbie A. Eaton, Debtors, by and through the undersigned counsel, and files the within Declaration Regarding Notice of Mortgage Payment Change and would show the Court:

1. The existing Chapter 13 plan is sufficient to pay the new payment amount.

WHEREFORE, Bradley C. Eaton and Debbie A. Eaton, Debtors, move the Court to accept the foregoing Declaration Regarding Notice of Mortgage Payment Change.

Respectfully submitted,

EXECUTED ON: December 1, 2023    By:    */s/Robert Shearer*
Robert Shearer
Attorney for Debtors
PA Bar #83745
Post Office Box 44
Manchester, Pennsylvania  17345
(814) 504-2613
information@robertshearer.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re } | | Bankruptcy No. 19-10158-JCM |
| } | | |
| BRADLEY C. EATON and } | | Chapter 13 |
| DEBBIE A. EATON, } | | |
| Debtors } | | Related to Claim No. 19 |
| } | | |
| FREEDOM MORTGAGE } | | Hearing: |
| CORPORATION, } | | |
| } | | |
| v. } | | |
| } | | |
| BRADLEY C. EATON and } | | |
| DEBBIE A. EATON, } | | |
| Debtors } | | |
| } | | |
| and } | | |
| } | | |
| RONDA J. WINNECOUR, } | | |
| Trustee } | | |

CERTIFICATE OF SERVICE OF AMENDED
DECLARATION REGARDING NOTICE OF MORTGAGE PAYMENT CHANGE

I certify under penalty of perjury that I served the above-captioned documents on the parties at the addresses specified below or on the attached list on December 8, 2023

The type(s) of service made on the parties was first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.

EXECUTED ON:  December 8, 2023        By:        */s/Robert Shearer*
                                                 Robert Shearer
                                                 Attorney for Debtors
                                                 PA Bar #83745
                                                 Post Office Box 44
                                                 Manchester, Pennsylvania  17345
                                                 (814) 504-2613
                                                 information@robertshearer.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda J. Winnecour, Trustee
U.S. Steel Tower, Suite 3260
600 Grant Street
Pittsburgh, PA  15219

Bradley C. Eaton
Debbie A. Eaton
321 W. Townhall Road
Waterford, PA  16441

Brian C. Nicholas, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA  19106