**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>  BRADLEY C. EATON<br>DEBBIE A. EATON<br>           Debtor(s)<br>  Ronda J. Winnecour, Trustee<br>    Movant<br>       vs.<br>  BRADLEY C. EATON<br>DEBBIE A. EATON<br><br>       Respondents | Case No.19-10158JCM<br><br>Chapter 13<br><br>Document No. __94__ |

**ORDER TO STOP PAYROLL DEDUCTIONS**

AND NOW, this __22nd__ day of __February__ , 20__24__, it is hereby ORDERED, ADJUDGED, and DECREED that,

Sarah Reed Retirement Cntr
Attn: Payroll Manager
227 W 22Nd St
Erie,PA 16502-

is hereby ordered to immediately terminate the attachment of the wages of DEBBIE A. EATON, social security number XXX-XX-1672. No future payments are to be sent to Ronda J. Winnecour, Trustee on behalf of DEBBIE A. EATON.

BY THE COURT:

cc: Debtor(s)
    Debtor(s) Attorney

_____
John C. Melaragno, Judge  glb
United States Bankruptcy Court

SIGNED
2/22/24 8:05 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 19-10158-JCM
Bradley C. Eaton  Chapter 13
Debbie A. Eaton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1     User: auto     Page 1 of 2
Date Rcvd: Feb 22, 2024     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 24, 2024:**

**Recip ID     Recipient Name and Address**
db/jdb     + Bradley C. Eaton, Debbie A. Eaton, 321 W. Townhall Road, Waterford, PA 16441-4225

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 24, 2024     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 22, 2024 at the address(es) listed below:

**Name     Email Address**

Brian Nicholas
    on behalf of Creditor RoundPoint Mortgage Servicing Corporation brian+ecf@briannicholas.com

Brian Nicholas
    on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com

Christopher M. McMonagle
    on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION christopher.mcmonagle@bbs-law.com
    bkecf@sterneisenberg.com

Denise Carlon
    on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com

Keri P. Ebeck
    on behalf of Creditor Fifth Third Bank kebeck@bernsteinlaw.com
    btemple@bernsteinlaw.com;jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com

| District/off: 0315-1 | User: auto | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 22, 2024 | Form ID: pdf900 | Total Noticed: 1 |

Mario J. Hanyon
    on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Robert Shearer
    on behalf of Joint Debtor Debbie A. Eaton information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com

Robert Shearer
    on behalf of Debtor Bradley C. Eaton information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

TOTAL: 10