UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re | } | Bankruptcy No. 19-10158-JCM |
| | } | |
| BRADLEY C. EATON and | } | Chapter 13 |
| DEBBIE A. EATON, | } | |
| Debtor | } | Document No. |
| | } | |
| BRADLEY C. EATON and | } | Hearing: |
| DEBBIE A. EATON, | } | |
| | } | |
| v. | } | |
| | } | |
| NO RESPONDENT | } | |

## CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required pursuant to their confirmed Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to discharges under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received prior discharges in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for discharges.

4. On July 29, 2019, at Docket Number 61, the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing *Certifications of Completion of Post-petition Instructional Course in Personal Financial Management*, with the *Certificates of Completion* attached to the form.

   This Certification is being signed under penalty of perjury by the undersigned counsel who duly questioned the Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: March 31, 2024

*/s/Robert Shearer*
Robert Shearer
Attorney for Debtor
PA Bar #83745
P.O. Box 44
Manchester, PA 17345
(814) 504-2613
information@robertshearer.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re } | | Bankruptcy No. 19-10158-JCM |
| } | | |
| BRADLEY C. EATON and } | | Chapter 13 |
| DEBBIE A. EATON, } | | |
|                 Debtor } | | Document No. |
| } | | |
| BRADLEY C. EATON and } | | Hearing: |
| DEBBIE A. EATON, } | | |
| } | | |
|    v. } | | |
| } | | |
| NO RESPONDENT } | | |

### CERTIFCATE OF SERVICE OF CERTIFCATION OF ELIGIBILITY FOR DISCHARGE

I certify under penalty of perjury that I served the above-captioned documents on the parties at the addresses specified below or on the attached list on March 31, 2024.

The type(s) of service made on the parties was first class mail.

If more than one method of service was employed, this certificate of service groups the parties by the type of service.

Dated:  March 31, 2024

                      By:         */s/Robert Shearer*
                                   Robert Shearer
                                   Attorney for Debtor
                                   PA Bar #83745
                                   P.O. Box 44
                                   Manchester, PA  17345
                                   (814) 504-2613
                                   information@robertshearer.com

Office of the U.S. Trustee
Liberty Center, Suite 970
1001 Liberty Avenue
Pittsburgh, PA  15222

Ronda Winnecour, Trustee
U.S. Steel Tower, Suite 3250
600 Grant Street
Pittsburgh, PA  15219

Bradley C. Eaton
Debbie A. Eaton
321 West Townhall Road
Waterford, PA  16441