**Form 300b**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| **Bradley C. Eaton** | : | Case No. 19–10158–JCM |
| **dba B&J Snow Removal** | : | Chapter: 13 |
| **Debbie A. Eaton** | : | |
| *Debtor(s)* | : | |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | Related to Document No. 103 |
| | : | |
| v. | : | Hearing Date: 8/6/24 at 02:30 PM |
| **No Respondents** | : | |
| *Respondent(s).* | : | |
| | : | |

### ORDER SCHEDULING DATE FOR RESPONSE
### AND HEARING ON MOTION

AND NOW, this *The 30th of May, 2024*, a *Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements* having been filed at Doc. No. 103 , by the Chapter 13 Trustee

It is hereby ***ORDERED, ADJUDGED and DECREED*** that:

(1)  ***On or before July 15, 2024***, any ***Response***, including a consent to the *Motion*, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 ***OR*** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

(2)  This *Motion* is scheduled for hearing on ***August 6, 2024 at 02:30 PM*** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the *Motion*. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

(3)  If, after proper service, a Respondent fails to timely file a *Response*, the Court ***may*** determine that no hearing is required and accordingly enter the order by default. ***To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.*** In the event a default order has been signed, the Moving Party shall ***IMMEDIATELY*** advise all affected parties. If a default order has not been entered, the parties will be ***required*** to appear at the hearing.

_____

John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10158-JCM |
| Bradley C. Eaton | Chapter 13 |
| Debbie A. Eaton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: May 30, 2024 | Form ID: 300b | Total Noticed: 55 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley C. Eaton, Debbie A. Eaton, 321 W. Townhall Road, Waterford, PA 16441-4225 |
| 15014325 | | Capital One Bank USA NA, POB 0281, Salt Lake City, UT 84130 |
| 15014326 | + | Century Support Services, 2000 Commerce Loop, Suite 2111, Banco Business Park, Irwin, PA 15642-8113 |
| 15014327 | | Clarity Finance, 8 Kennebasis Road, Princeton, ME 04668 |
| 14998462 | | Craig Harrison Fox, Esquire, One Montgomery Plaza, Suite 706, 425 Swede Street, Norristown, PA 19401 |
| 15014332 | + | FNB of Omaha, POB 3412, Omaha, NE 68197-0001 |
| 15014341 | + | Leopold & Associates, PLLC, 80 BUSINESS PARK DRIVE #110, ARMONK, NY 10504-1704 |
| 15014348 | + | Roundpoint Mortgage Servicing Corporation, P.O. Box 674150, Dallas, TX 75267-4150 |
| 15014349 | | SYNCB/Car Care, POB 965036, 4125 Windward Plaza, Orlando, FL 32986 |
| 15014350 | | SYNCB/Care Credit, POB 965035, Orlando, FL 32986 |
| 15014351 | + | Summit Storage Center, 8971 Peach Street, Waterford, PA 16441-4019 |
| 15014355 | + | Webloan, 1920 Main Street, Suite 300, Irvine, CA 92614-7279 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:55:59 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 01:07:51 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15014321 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 31 2024 00:15:00 | Barclays Bank Delaware, POB 8803, Attn: Credit Bureau, Wilmington, DE 19899-8803 |
| 15014322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:28:12 | Best Buy/CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 15014323 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:28:08 | Capital One Bank USA NA, POB 85015, Richmond, VA 23285 |
| 15028898 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:29:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15014324 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:44:34 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15014326 | ^ | MEBN | May 31 2024 00:13:04 | Century Support Services, 2000 Commerce Loop, Suite 2111, Banco Business Park, Irwin, PA 15642-8113 |
| 15014328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | Comenity Bank/JSSCLNDN, POB 182789, Columbus, OH 43218-2789 |
| 15029162 | + | Email/Text: bankruptcy@sccompanies.com | May 31 2024 00:16:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

District/off: 0315-1          User: auto          Page 2 of 4

Date Rcvd: May 30, 2024          Form ID: 300b          Total Noticed: 55

| ID | Method | Date/Time | Name and Address |
|---|---|---|---|
| 15014330 | + Email/PDF: creditonebknotifications@resurgent.com | May 31 2024 00:29:25 | Credit One Bank, 6801 S Cimarron Boulevard, Las Vegas, NV 89113-2273 |
| 15014333 | Email/Text: collectionbankruptcies.bancorp@53.com | May 31 2024 00:16:00 | Fifth Third Bank, 5050 Kingsley Drive, M/D 1MOCOP, Cincinnati, OH 45263 |
| 15014335 | Email/Text: BNSFN@capitalsvcs.com | May 31 2024 00:14:00 | First National Credit Card CMC, 500 E. 60th Street N, Attn: Credit Manager, Sioux Falls, SD 57104 |
| 15014331 | Email/Text: collecadminbankruptcy@fnni.com | May 31 2024 00:15:00 | FNB Omaha, POB 3412, Omaha, NE 68197 |
| 15014334 | Email/Text: collecadminbankruptcy@fnni.com | May 31 2024 00:15:00 | First National Bank of Omaha, 1620 Dodge Street, STOP 3105, Omaha, NE 68197 |
| 15014336 | Email/Text: BNSFS@capitalsvcs.com | May 31 2024 00:14:00 | First Savings Credit Card, 500 E. 60th Street N, Attn: Credit Manager, Sioux Falls, SD 57014 |
| 15014337 | Email/Text: bk@freedomfinancialnetwork.com | May 31 2024 00:14:00 | Freedom Financial, 4940 S. Wendler Drive, Suite 210, Tempe, AZ 85282 |
| 15017709 | Email/Text: bk@freedomfinancialnetwork.com | May 31 2024 00:14:00 | Freedom Financial, POBox 2340, Phoenix, AZ 85002-2340 |
| 15007549 | + Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 31 2024 00:14:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15030535 | ^ MEBN | May 31 2024 00:12:49 | First National Bank of Omaha, c/o BQ & Associates, PC LLO, 14211 Arbor St, Ste 100, Omaha, NE 68144-2312 |
| 15323563 | Email/Text: Bankruptcy@Freedommortgage.com | May 31 2024 00:15:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15014338 | + Email/Text: bankruptcy@huntington.com | May 31 2024 00:16:00 | Huntington National Bank, P.O.B. 1558, Dept. EAW25, Columbus, OH 43216-1558 |
| 15014339 | + Email/Text: key_bankruptcy_ebnc@keybank.com | May 31 2024 00:16:00 | Key Bank NA, 4910 Tiedeman Road, Mailcode: OH-01-51-0562, Brooklyn, OH 44144-2338 |
| 15040569 | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:28:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15014340 | + Email/Text: Documentfiling@lciinc.com | May 31 2024 00:14:00 | Lending Club Corporation, 71 Stevenson Place, Ste. 300, San Francisco, CA 94105-2985 |
| 15013671 | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2024 00:28:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15014342 | ^ MEBN | May 31 2024 00:12:31 | Mariner Finance LLC, 5802 E. Virginia Beach Boulevard, Suite 121, Norfolk, VA 23502-2483 |
| 15014343 | + Email/Text: bankruptcy@marinerfinance.com | May 31 2024 00:14:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15029163 | + Email/Text: bankruptcy@sccompanies.com | May 31 2024 00:14:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014344 | + Email/Text: bankruptcy@sccompanies.com | May 31 2024 00:14:00 | Mason Easy Pay, POB 2808, Monroe, WI 53566-8008 |
| 15014345 | + Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2024 00:44:23 | Merrick Bank, POB 9201, Old Bethpage, NY 11804-9001 |
| 15014346 | + Email/Text: mail@ldf-holdings.com | May 31 2024 00:15:00 | Mitigi Capital, POB 301, Lac Du Flambeau, WI 54538-0301 |
| 15014347 | + Email/PDF: cbp@omf.com | May 31 2024 00:44:23 | One Main, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 15043517 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 00:28:12 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15040264 | Email/Text: bnc-quantum@quantum3group.com | May 31 2024 00:15:00 | Quantum3 Group LLC as agent for, Comenity |

District/off: 0315-1                         User: auto                              Page 3 of 4

Date Rcvd: May 30, 2024                    Form ID: 300b                       Total Noticed: 55

| | | | | |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15045397 | ^ | MEBN | May 31 2024 00:13:22 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd,Buildings 6 & 8, Charlotte, NC 28217-1932 |
| 14998979 | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:28:47 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15044779 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:16:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15014352 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:15:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15020491 | + | Email/Text: bankruptcy@huntington.com | May 31 2024 00:16:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15029164 | + | Email/Text: bankruptcy@sccompanies.com | May 31 2024 00:16:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014353 | + | Email/Text: bkelectronicnotices@usaa.com | May 31 2024 00:14:00 | USAA Savings Bank, POB 33009, San Antonio, TX 78265-3009 |
| 15014354 | + | Email/Text: jsprentz@urc.com | May 31 2024 00:16:00 | United Refining Company, POB 599, Warren, PA 16365-0599 |
| 15037603 | | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:28:13 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 44

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fifth Third Bank |
| cr | | ROUNDPOINT MORTGAGE SERVICING CORPORATION |
| cr | | RoundPoint Mortgage Servicing Corporation |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15014329 | * | Craig Harrison Fox, Esquire, One Montgomery Plaza, Suite 706, 425 Swede Street, Norristown, PA 19401 |
| 15043402 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024                    Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 30, 2024 at the address(es) listed below:**

District/off: 0315-1        User: auto        Page 4 of 4

Date Rcvd: May 30, 2024        Form ID: 300b        Total Noticed: 55

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Christopher M. McMonagle | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Fifth Third Bank kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Joint Debtor Debbie A. Eaton information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Robert Shearer | on behalf of Debtor Bradley C. Eaton information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |


TOTAL: 10