**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

BRADLEY C. EATON
DEBBIE A. EATON
    Debtor(s)

Ronda J. Winnecour
Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:19-10158

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

  4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

  **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

May 29, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 02/22/2019 and confirmed on 5/24/19. The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | | | |
|---|---:|---:|---:|
| Total Receipts | | | 157,122.60 |
| Less Refunds to Debtor | | 1,917.32 | |
| TOTAL AMOUNT OF PLAN FUND | | | 155,205.28 |
| Administrative Fees | | | |
|    Filing Fee | | 0.00 | |
|    Notice Fee | | 0.00 | |
|    Attorney Fee | | 3,500.00 | |
|    Trustee Fee | | 7,333.93 | |
|    Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 10,833.93 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   FREEDOM MORTGAGE CORPORATION<br>    Acct: 0341 | 0.00 | 82,964.06 | 0.00 | 82,964.06 |
|   FREEDOM MORTGAGE CORPORATION<br>    Acct: 0341 | 124.71 | 124.71 | 0.00 | 124.71 |
|   FIFTH THIRD BANK<br>    Acct: 7550 | 8,503.08 | 8,503.08 | 807.39 | 9,310.47 |
|   HUNTINGTON NATIONAL BANK S/B/M  FIR<br>    Acct: 5195 | 4,693.38 | 4,693.38 | 169.39 | 4,862.77 |
| | | | | 97,262.01 |
| **Priority** | | | | |
|   ROBERT SHEARER ESQ<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BRADLEY C. EATON<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BRADLEY C. EATON<br>    Acct: | 1,400.00 | 1,400.00 | 0.00 | 0.00 |
|   BRADLEY C. EATON<br>    Acct: | 517.32 | 517.32 | 0.00 | 0.00 |
|   ROBERT SHEARER ESQ<br>    Acct: | 3,500.00 | 3,500.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   BARCLAYS BANK DELAWARE<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   BBY/CBNA<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC<br>    Acct: 7982 | 966.09 | 686.13 | 0.00 | 686.13 |
|   CAPITAL ONE BANK (USA) NA BY AMERIC<br>    Acct: 7036 | 3,314.60 | 2,354.06 | 0.00 | 2,354.06 |
|   CAPITAL ONE**<br>    Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
|   CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| Acct: | | | | |
| CENTURY SUPPORT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CLARITY FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| QUANTUM3 GROUP LLC AGNT - COMENIT | 257.65 | 182.99 | 0.00 | 182.99 |
| Acct: 9405 | | | | |
| LVNV FUNDING LLC | 1,978.83 | 1,405.38 | 0.00 | 1,405.38 |
| Acct: 2933 | | | | |
| FIRST NATIONAL BANK OF OMAHA** | 3,031.60 | 2,153.07 | 0.00 | 2,153.07 |
| Acct: 0933 | | | | |
| FIRST NATIONAL BANK OF OMAHA** | 4,003.55 | 2,843.36 | 0.00 | 2,843.36 |
| Acct: 0609 | | | | |
| FNCC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FNCC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREEDOM FINANCIAL | 18,088.11 | 12,846.36 | 0.00 | 12,846.36 |
| Acct: 0490 | | | | |
| KEYBANK NA** | 5,110.54 | 3,629.56 | 0.00 | 3,629.56 |
| Acct: 6457 | | | | |
| LVNV FUNDING LLC | 14,491.80 | 10,292.22 | 0.00 | 10,292.22 |
| Acct: 8265 | | | | |
| LENDING CLUB CORP* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MARINER FINANCE LLC | 4,935.58 | 3,505.30 | 0.00 | 3,505.30 |
| Acct: 3546 | | | | |
| MASON EASY PAY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MERRICK BANK | 3,288.35 | 2,335.42 | 0.00 | 2,335.42 |
| Acct: 6004 | | | | |
| MITIG LLC CASH CITY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ONE MAIN FINANCIAL(*) | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK BY AIS INFOSOURCE | 206.21 | 146.45 | 0.00 | 146.45 |
| Acct: 8396 | | | | |
| PORTFOLIO RECOVERY ASSOCIATES LLC | 2,961.99 | 2,103.63 | 0.00 | 2,103.63 |
| Acct: 4649 | | | | |
| TD BANK USA NA** | 2,176.73 | 1,545.94 | 0.00 | 1,545.94 |
| Acct: 3665 | | | | |
| USAA SAVINGS BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| UNITED REFINING | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| WEBLOAN++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COUNTRY DOOR | 93.57 | 66.45 | 0.00 | 66.45 |
| Acct: 1530 | | | | |
| MASON | 623.94 | 443.13 | 0.00 | 443.13 |
| Acct: 302E | | | | |
| THE SWISS COLONY | 642.96 | 456.64 | 0.00 | 456.64 |
| Acct: 184A | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 159.46 | 113.25 | 0.00 | 113.25 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 4649 | | | | |
| CHRISTOPHER M MCMONAGLE ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SUMMIT STORAGE CENTER++ | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---:|---:|---:|---:|
| Unsecured | | | | | |
| Acct: | | | | | |
| | KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | BROCK & SCOTT PLLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | CRAIG H FOX ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | LEOPOLD & ASSOCIATES PLLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | | |
| | | | | | 47,109.34 |

| TOTAL PAID TO CREDITORS | 144,371.35 |
|---|---:|

TOTAL CLAIMED
 PRIORITY            0.00
 SECURED        13,321.17
 UNSECURED      66,331.56

Date: 05/29/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
   BRADLEY C. EATON
   DEBBIE A. EATON
        Debtor(s)

   Ronda J. Winnecour
        Movant
       vs.
   No Repondents.

Case No.:19-10158

Chapter 13

Document No.:

ORDER OF COURT

  AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

  (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

  (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

  (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

  (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

  (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

  (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10158-JCM |
| Bradley C. Eaton | Chapter 13 |
| Debbie A. Eaton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^          Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 01, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley C. Eaton, Debbie A. Eaton, 321 W. Townhall Road, Waterford, PA 16441-4225 |
| 15014325 | | Capital One Bank USA NA, POB 0281, Salt Lake City, UT 84130 |
| 15014326 | + | Century Support Services, 2000 Commerce Loop, Suite 2111, Banco Business Park, Irwin, PA 15642-8113 |
| 15014327 | | Clarity Finance, 8 Kennebasis Road, Princeton, ME 04668 |
| 14998462 | | Craig Harrison Fox, Esquire, One Montgomery Plaza, Suite 706, 425 Swede Street, Norristown, PA 19401 |
| 15014332 | + | FNB of Omaha, POB 3412, Omaha, NE 68197-0001 |
| 15014341 | + | Leopold & Associates, PLLC, 80 BUSINESS PARK DRIVE #110, ARMONK, NY 10504-1704 |
| 15014348 | + | Roundpoint Mortgage Servicing Corporation, P.O. Box 674150, Dallas, TX 75267-4150 |
| 15014349 | | SYNCB/Car Care, POB 965036, 4125 Windward Plaza, Orlando, FL 32986 |
| 15014350 | | SYNCB/Care Credit, POB 965035, Orlando, FL 32986 |
| 15014351 | + | Summit Storage Center, 8971 Peach Street, Waterford, PA 16441-4019 |
| 15014355 | + | Webloan, 1920 Main Street, Suite 300, Irvine, CA 92614-7279 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 01:18:20 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 01:07:13 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15014321 | + | Email/Text: BarclaysBankDelaware@tsico.com | May 31 2024 00:15:00 | Barclays Bank Delaware, POB 8803, Attn: Credit Bureau, Wilmington, DE 19899-8803 |
| 15014322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | May 31 2024 00:28:46 | Best Buy/CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 15014323 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:28:06 | Capital One Bank USA NA, POB 85015, Richmond, VA 23285 |
| 15028898 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:29:25 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15014324 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 31 2024 00:44:31 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15014326 | ^ | MEBN | May 31 2024 00:13:05 | Century Support Services, 2000 Commerce Loop, Suite 2111, Banco Business Park, Irwin, PA 15642-8113 |
| 15014328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 31 2024 00:15:00 | Comenity Bank/JSSCLNDN, POB 182789, Columbus, OH 43218-2789 |
| 15029162 | + | Email/Text: bankruptcy@sccompanies.com | May 31 2024 00:16:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 15014330 | + | Email/PDF: creditonebknotifications@resurgent.com | May 31 2024 00:28:43 | Credit One Bank, 6801 S Cimarron Boulevard, Las Vegas, NV 89113-2273 |
| 15014333 | | Email/Text: collectionbankruptcies.bancorp@53.com | May 31 2024 00:16:00 | Fifth Third Bank, 5050 Kingsley Drive, M/D 1MOCOP, Cincinnati, OH 45263 |
| 15014335 | | Email/Text: BNSFN@capitalsvcs.com | May 31 2024 00:14:00 | First National Credit Card CMC, 500 E. 60th Street N, Attn: Credit Manager, Sioux Falls, SD 57104 |
| 15014331 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2024 00:15:00 | FNB Omaha, POB 3412, Omaha, NE 68197 |
| 15014334 | | Email/Text: collecadminbankruptcy@fnni.com | May 31 2024 00:15:00 | First National Bank of Omaha, 1620 Dodge Street, STOP 3105, Omaha, NE 68197 |
| 15014336 | | Email/Text: BNSFS@capitalsvcs.com | May 31 2024 00:14:00 | First Savings Credit Card, 500 E. 60th Street N, Attn: Credit Manager, Sioux Falls, SD 57014 |
| 15014337 | | Email/Text: bk@freedomfinancialnetwork.com | May 31 2024 00:14:00 | Freedom Financial, 4940 S. Wendler Drive, Suite 210, Tempe, AZ 85282 |
| 15017709 | | Email/Text: bk@freedomfinancialnetwork.com | May 31 2024 00:14:00 | Freedom Financial, POBox 2340, Phoenix, AZ 85002-2340 |
| 15007549 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | May 31 2024 00:14:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15030535 | ^ | MEBN | May 31 2024 00:12:51 | First National Bank of Omaha, c/o BQ & Associates, PC LLO, 14211 Arbor St, Ste 100, Omaha, NE 68144-2312 |
| 15323563 | | Email/Text: Bankruptcy@Freedommortgage.com | May 31 2024 00:15:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15014338 | + | Email/Text: bankruptcy@huntington.com | May 31 2024 00:16:00 | Huntington National Bank, P.O.B. 1558, Dept. EAW25, Columbus, OH 43216-1558 |
| 15014339 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | May 31 2024 00:16:00 | Key Bank NA, 4910 Tiedeman Road, Mailcode: OH-01-51-0562, Brooklyn, OH 44144-2338 |
| 15040569 | | Email/PDF: resurgentbknotifications@resurgent.com | May 31 2024 00:29:35 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15014340 | + | Email/Text: Documentfiling@lciinc.com | May 31 2024 00:14:00 | Lending Club Corporation, 71 Stevenson Place, Ste. 300, San Francisco, CA 94105-2985 |
| 15013671 | | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2024 00:28:02 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15014342 | ^ | MEBN | May 31 2024 00:12:33 | Mariner Finance LLC, 5802 E. Virginia Beach Boulevard, Suite 121, Norfolk, VA 23502-2483 |
| 15014343 | + | Email/Text: bankruptcy@marinerfinance.com | May 31 2024 00:14:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15029163 | + | Email/Text: bankruptcy@sccompanies.com | May 31 2024 00:14:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014344 | + | Email/Text: bankruptcy@sccompanies.com | May 31 2024 00:14:00 | Mason Easy Pay, POB 2808, Monroe, WI 53566-8008 |
| 15014345 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 31 2024 00:28:40 | Merrick Bank, POB 9201, Old Bethpage, NY 11804-9001 |
| 15014346 | + | Email/Text: mail@ldf-holdings.com | May 31 2024 00:15:00 | Mitigi Capital, POB 301, Lac Du Flambeau, WI 54538-0301 |
| 15014347 | + | Email/PDF: cbp@omf.com | May 31 2024 00:55:32 | One Main, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 15043517 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 31 2024 01:07:44 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15040264 | | Email/Text: bnc-quantum@quantum3group.com | May 31 2024 00:15:00 | Quantum3 Group LLC as agent for, Comenity |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15045397 | ^ | MEBN | May 31 2024 00:13:23 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd, Buildings 6 & 8, Charlotte, NC 28217-1932 |
| 14998979 | + | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:44:38 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15044779 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:16:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15014352 | + | Email/Text: bncmail@w-legal.com | May 31 2024 00:15:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15020491 | + | Email/Text: bankruptcy@huntington.com | May 31 2024 00:16:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15029164 | + | Email/Text: bankruptcy@sccompanies.com | May 31 2024 00:16:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014353 | + | Email/Text: bkelectronicnotices@usaa.com | May 31 2024 00:14:00 | USAA Savings Bank, POB 33009, San Antonio, TX 78265-3009 |
| 15014354 | + | Email/Text: jsprentz@urc.com | May 31 2024 00:16:00 | United Refining Company, POB 599, Warren, PA 16365-0599 |
| 15037603 | | Email/PDF: ebn_ais@aisinfo.com | May 31 2024 00:56:09 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 44

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fifth Third Bank |
| cr | | ROUNDPOINT MORTGAGE SERVICING CORPORATION |
| cr | | RoundPoint Mortgage Servicing Corporation |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15014329 | * | Craig Harrison Fox, Esquire, One Montgomery Plaza, Suite 706, 425 Swede Street, Norristown, PA 19401 |
| 15043402 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 01, 2024        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 29, 2024 at the address(es) listed below:

District/off: 0315-1 | User: auto | Page 4 of 4
Date Rcvd: May 30, 2024 | Form ID: pdf900 | Total Noticed: 55

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Christopher M. McMonagle | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Fifth Third Bank kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Joint Debtor Debbie A. Eaton information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Robert Shearer | on behalf of Debtor Bradley C. Eaton information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10