**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Bradley C. Eaton<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–6541<br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Debbie A. Eaton<br>First Name   Middle Name   Last Name | Social Security number or ITIN  xxx–xx–1672<br>EIN  _ _ – _ _ _ _ _ _ _ |

United States Bankruptcy Court   WESTERN DISTRICT OF PENNSYLVANIA

Case number:   19-10158-JCM

## Order of Discharge                                                                     12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Bradley C. Eaton                                      Debbie A. Eaton
dba B&J Snow Removal

7/17/24                                               **By the court:** John C Melaragno
                                                                       United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

In re:    Case No. 19-10158-JCM
Bradley C. Eaton    Chapter 13
Debbie A. Eaton
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-1    User: auto    Page 1 of 4
Date Rcvd: Jul 17, 2024    Form ID: 3180W    Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley C. Eaton, Debbie A. Eaton, 321 W. Townhall Road, Waterford, PA 16441-4225 |
| 15014325 | | Capital One Bank USA NA, POB 0281, Salt Lake City, UT 84130 |
| 15014327 | | Clarity Finance, 8 Kennebasis Road, Princeton, ME 04668 |
| 14998462 | | Craig Harrison Fox, Esquire, One Montgomery Plaza, Suite 706, 425 Swede Street, Norristown, PA 19401 |
| 15014341 | + | Leopold & Associates, PLLC, 80 BUSINESS PARK DRIVE #110, ARMONK, NY 10504-1704 |
| 15014348 | + | Roundpoint Mortgage Servicing Corporation, P.O. Box 674150, Dallas, TX 75267-4150 |
| 15014349 | | SYNCB/Car Care, POB 965036, 4125 Windward Plaza, Orlando, FL 32986 |
| 15014350 | | SYNCB/Care Credit, POB 965035, Orlando, FL 32986 |
| 15014351 | + | Summit Storage Center, 8971 Peach Street, Waterford, PA 16441-4019 |
| 15014355 | + | Webloan, 1920 Main Street, Suite 300, Irvine, CA 92614-7279 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: QRSHEARER.COM | Jul 18 2024 03:55:00 | Robert Shearer, Post Office Box 44, Manchester, PA 17345-0044 |
| smg | | EDI: PENNDEPTREV | Jul 18 2024 03:55:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2024 00:21:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jul 18 2024 03:55:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 18 2024 00:21:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | EDI: PRA.COM | Jul 18 2024 03:55:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | EDI: AIS.COM | Jul 18 2024 03:55:00 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15014321 | + | EDI: TSYS2 | Jul 18 2024 03:55:00 | Barclays Bank Delaware, POB 8803, Attn: Credit Bureau, Wilmington, DE 19899-8803 |
| 15014322 | + | EDI: CITICORP | Jul 18 2024 03:55:00 | Best Buy/CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 15014323 | | EDI: CAPITALONE.COM | | |

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: 3180W | Total Noticed: 58 |

| Recip ID | Type | Notice | Date/Time | Recipient |
|---|---|---|---|---|
| 15028898 | | EDI: CAPITALONE.COM | Jul 18 2024 03:55:00 | Capital One Bank USA NA, POB 85015, Richmond, VA 23285 |
| | | | Jul 18 2024 03:55:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15014324 | + | EDI: CAPITALONE.COM | Jul 18 2024 03:55:00 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15014326 | ^ | MEBN | Jul 18 2024 00:02:48 | Century Support Services, 2000 Commerce Loop, Suite 2111, Banco Business Park, Irwin, PA 15642-8113 |
| 15014328 | + | EDI: WFNNB.COM | Jul 18 2024 03:55:00 | Comenity Bank/JSSCLNDN, POB 182789, Columbus, OH 43218-2789 |
| 15029162 | + | EDI: CBS7AVE | Jul 18 2024 03:55:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014330 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2024 00:35:21 | Credit One Bank, 6801 S Cimarron Boulevard, Las Vegas, NV 89113-2273 |
| 15014333 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 18 2024 00:22:00 | Fifth Third Bank, 5050 Kingsley Drive, M/D 1MOCOP, Cincinnati, OH 45263 |
| 15014335 | | Email/Text: BNSFN@capitalsvcs.com | Jul 18 2024 00:20:00 | First National Credit Card CMC, 500 E. 60th Street N, Attn: Credit Manager, Sioux Falls, SD 57104 |
| 15014331 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | FNB Omaha, POB 3412, Omaha, NE 68197 |
| 15014332 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | FNB of Omaha, POB 3412, Omaha, NE 68197 |
| 15014334 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | First National Bank of Omaha, 1620 Dodge Street, STOP 3105, Omaha, NE 68197 |
| 15014336 | | Email/Text: BNSFS@capitalsvcs.com | Jul 18 2024 00:20:00 | First Savings Credit Card, 500 E. 60th Street N, Attn: Credit Manager, Sioux Falls, SD 57014 |
| 15014337 | | Email/Text: bk@freedomfinancialnetwork.com | Jul 18 2024 00:20:00 | Freedom Financial, 4940 S. Wendler Drive, Suite 210, Tempe, AZ 85282 |
| 15017709 | | Email/Text: bk@freedomfinancialnetwork.com | Jul 18 2024 00:20:00 | Freedom Financial, POBox 2340, Phoenix, AZ 85002-2340 |
| 15007549 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jul 18 2024 00:20:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15030535 | ^ | MEBN | Jul 18 2024 00:01:45 | First National Bank of Omaha, c/o BQ & Associates, PC LLO, 14211 Arbor St, Ste 100, Omaha, NE 68144-2312 |
| 15323563 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 18 2024 00:20:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15014338 | + | Email/Text: bankruptcy@huntington.com | Jul 18 2024 00:21:00 | Huntington National Bank, P.O.B. 1558, Dept. EAW25, Columbus, OH 43216-1558 |
| 15014339 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 18 2024 00:22:00 | Key Bank NA, 4910 Tiedeman Road, Mailcode: OH-01-51-0562, Brooklyn, OH 44144-2338 |
| 15040569 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 00:33:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15014340 | + | EDI: LENDNGCLUB | Jul 18 2024 03:55:00 | Lending Club Corporation, 71 Stevenson Place, Ste. 300, San Francisco, CA 94105-2985 |
| 15013671 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 00:35:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15014342 | ^ | MEBN | Jul 18 2024 00:01:37 | Mariner Finance LLC, 5802 E. Virginia Beach Boulevard, Suite 121, Norfolk, VA 23502-2483 |
| 15014343 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2024 00:20:00 | Mariner Finance, LLC, 8211 Town Center Drive, |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: 3180W | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| | | | | Nottingham, MD 21236-5904 |
| 15029163 | + | EDI: CBSMASON | Jul 18 2024 03:55:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014344 | + | EDI: CBSMASON | Jul 18 2024 03:55:00 | Mason Easy Pay, POB 2808, Monroe, WI 53566-8008 |
| 15014345 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 00:34:21 | Merrick Bank, POB 9201, Old Bethpage, NY 11804-9001 |
| 15014346 | + | Email/Text: mail@ldf-holdings.com | Jul 18 2024 00:21:00 | Mitigi Capital, POB 301, Lac Du Flambeau, WI 54538-0301 |
| 15014347 | + | EDI: AGFINANCE.COM | Jul 18 2024 03:55:00 | One Main, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 15043517 | | EDI: PRA.COM | Jul 18 2024 03:55:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15040264 | | EDI: Q3G.COM | Jul 18 2024 03:55:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15045397 | ^ | MEBN | Jul 18 2024 00:01:57 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd,Buildings 6 & 8, Charlotte, NC 28217-1932 |
| 14998979 | + | EDI: AIS.COM | Jul 18 2024 03:55:00 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15044779 | + | Email/Text: bncmail@w-legal.com | Jul 18 2024 00:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15014352 | + | EDI: WTRRNBANK.COM | Jul 18 2024 03:55:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15020491 | + | Email/Text: bankruptcy@huntington.com | Jul 18 2024 00:21:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15029164 | + | EDI: CBS7AVE | Jul 18 2024 03:55:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014353 | + | EDI: USAA.COM | Jul 18 2024 03:55:00 | USAA Savings Bank, POB 33009, San Antonio, TX 78265-3009 |
| 15014354 | + | Email/Text: jsprentz@urc.com | Jul 18 2024 00:22:00 | United Refining Company, POB 599, Warren, PA 16365-0599 |
| 15037603 | | EDI: AIS.COM | Jul 18 2024 03:55:00 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 50

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fifth Third Bank |
| cr | | ROUNDPOINT MORTGAGE SERVICING CORPORATION |
| cr | | RoundPoint Mortgage Servicing Corporation |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15014329 | * | Craig Harrison Fox, Esquire, One Montgomery Plaza, Suite 706, 425 Swede Street, Norristown, PA 19401 |
| 15043402 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

| District/off: 0315-1 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: 3180W | Total Noticed: 58 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 19, 2024          Signature:          /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com mccallaecf@ecf.courtdrive.com |
| Christopher M. McMonagle | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION christopher.mcmonagle@bbs-law.com bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Fifth Third Bank kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Joint Debtor Debbie A. Eaton information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Robert Shearer | on behalf of Debtor Bradley C. Eaton information@robertshearer.com rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10