IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
BRADLEY C. EATON
DEBBIE A. EATON
    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:19-10158

Chapter 13

Related to:  Document No. 103

ORDER OF COURT

AND NOW, this 17th day of July, 2024, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

John C. Melaragno, Judge glb
United States Bankruptcy Court

SIGNED
7/17/24 7:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-10158-JCM |
| Bradley C. Eaton | Chapter 13 |
| Debbie A. Eaton | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 1 of 4 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 55 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 19, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Bradley C. Eaton, Debbie A. Eaton, 321 W. Townhall Road, Waterford, PA 16441-4225 |
| 15014325 | | Capital One Bank USA NA, POB 0281, Salt Lake City, UT 84130 |
| 15014327 | | Clarity Finance, 8 Kennebasis Road, Princeton, ME 04668 |
| 14998462 | | Craig Harrison Fox, Esquire, One Montgomery Plaza, Suite 706, 425 Swede Street, Norristown, PA 19401 |
| 15014341 | + | Leopold & Associates, PLLC, 80 BUSINESS PARK DRIVE #110, ARMONK, NY 10504-1704 |
| 15014348 | + | Roundpoint Mortgage Servicing Corporation, P.O. Box 674150, Dallas, TX 75267-4150 |
| 15014349 | | SYNCB/Car Care, POB 965036, 4125 Windward Plaza, Orlando, FL 32986 |
| 15014350 | | SYNCB/Care Credit, POB 965035, Orlando, FL 32986 |
| 15014351 | + | Summit Storage Center, 8971 Peach Street, Waterford, PA 16441-4019 |
| 15014355 | + | Webloan, 1920 Main Street, Suite 300, Irvine, CA 92614-7279 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 00:32:56 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2024 00:35:22 | Synchrony Bank by AIS InfoSource, LP as agent., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 15014321 | + | Email/Text: BarclaysBankDelaware@tsico.com | Jul 18 2024 00:21:00 | Barclays Bank Delaware, POB 8803, Attn: Credit Bureau, Wilmington, DE 19899-8803 |
| 15014322 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jul 18 2024 00:36:41 | Best Buy/CBNA, POB 6497, Sioux Falls, SD 57117-6497 |
| 15014323 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 00:54:35 | Capital One Bank USA NA, POB 85015, Richmond, VA 23285 |
| 15028898 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 00:35:30 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15014324 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jul 18 2024 00:54:58 | Capital One Bank USA NA, POB 30281, Salt Lake City, UT 84130-0281 |
| 15014326 | ^ | MEBN | Jul 18 2024 00:02:48 | Century Support Services, 2000 Commerce Loop, Suite 2111, Banco Business Park, Irwin, PA 15642-8113 |
| 15014328 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 18 2024 00:21:00 | Comenity Bank/JSSCLNDN, POB 182789, Columbus, OH 43218-2789 |
| 15029162 | + | Email/Text: bankruptcy@sccompanies.com | Jul 18 2024 00:22:00 | Country Door, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014330 | + | Email/PDF: creditonebknotifications@resurgent.com | Jul 18 2024 00:34:27 | Credit One Bank, 6801 S Cimarron Boulevard, Las |

Case 19-10158-JCM    Doc 112    Filed 07/19/24    Entered 07/20/24 00:32:53    Desc
Imaged Certificate of Notice    Page 3 of 5

| District/off: 0315-1 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| Recipient ID | Code | Method/Address | Date/Time | Address |
|---|---|---|---|---|
| | | | | Vegas, NV 89113-2273 |
| 15014333 | | Email/Text: collectionbankruptcies.bancorp@53.com | Jul 18 2024 00:22:00 | Fifth Third Bank, 5050 Kingsley Drive, M/D 1MOCOP, Cincinnati, OH 45263 |
| 15014335 | | Email/Text: BNSFN@capitalsvcs.com | Jul 18 2024 00:20:00 | First National Credit Card CMC, 500 E. 60th Street N, Attn: Credit Manager, Sioux Falls, SD 57104 |
| 15014331 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | FNB Omaha, POB 3412, Omaha, NE 68197 |
| 15014332 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | FNB of Omaha, POB 3412, Omaha, NE 68197 |
| 15014334 | | Email/Text: collecadminbankruptcy@fnni.com | Jul 18 2024 00:20:00 | First National Bank of Omaha, 1620 Dodge Street, STOP 3105, Omaha, NE 68197 |
| 15014336 | | Email/Text: BNSFS@capitalsvcs.com | Jul 18 2024 00:20:00 | First Savings Credit Card, 500 E. 60th Street N, Attn: Credit Manager, Sioux Falls, SD 57014 |
| 15014337 | | Email/Text: bk@freedomfinancialnetwork.com | Jul 18 2024 00:20:00 | Freedom Financial, 4940 S. Wendler Drive, Suite 210, Tempe, AZ 85282 |
| 15017709 | | Email/Text: bk@freedomfinancialnetwork.com | Jul 18 2024 00:20:00 | Freedom Financial, POBox 2340, Phoenix, AZ 85002-2340 |
| 15007549 | + | Email/Text: FifthThirdBKNotices@nationalbankruptcy.com | Jul 18 2024 00:20:00 | Fifth Third Bank, PO Box 9013, Addison, Texas 75001-9013 |
| 15030535 | ^ | MEBN | Jul 18 2024 00:01:45 | First National Bank of Omaha, c/o BQ & Associates, PC LLO, 14211 Arbor St, Ste 100, Omaha, NE 68144-2312 |
| 15323563 | | Email/Text: Bankruptcy@Freedommortgage.com | Jul 18 2024 00:20:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15014338 | + | Email/Text: bankruptcy@huntington.com | Jul 18 2024 00:21:00 | Huntington National Bank, P.O.B. 1558, Dept. EAW25, Columbus, OH 43216-1558 |
| 15014339 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Jul 18 2024 00:22:00 | Key Bank NA, 4910 Tiedeman Road, Mailcode: OH-01-51-0562, Brooklyn, OH 44144-2338 |
| 15040569 | | Email/PDF: resurgentbknotifications@resurgent.com | Jul 18 2024 01:56:47 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 15014340 | + | Email/Text: Documentfiling@lciinc.com | Jul 18 2024 00:20:00 | Lending Club Corporation, 71 Stevenson Place, Ste. 300, San Francisco, CA 94105-2985 |
| 15013671 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 00:33:57 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 15014342 | ^ | MEBN | Jul 18 2024 00:01:39 | Mariner Finance LLC, 5802 E. Virginia Beach Boulevard, Suite 121, Norfolk, VA 23502-2483 |
| 15014343 | + | Email/Text: bankruptcy@marinerfinance.com | Jul 18 2024 00:20:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 15029163 | + | Email/Text: bankruptcy@sccompanies.com | Jul 18 2024 00:20:00 | Mason, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014344 | + | Email/Text: bankruptcy@sccompanies.com | Jul 18 2024 00:20:00 | Mason Easy Pay, POB 2808, Monroe, WI 53566-8008 |
| 15014345 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 18 2024 00:34:47 | Merrick Bank, POB 9201, Old Bethpage, NY 11804-9001 |
| 15014346 | + | Email/Text: mail@ldf-holdings.com | Jul 18 2024 00:21:00 | Mitigi Capital, POB 301, Lac Du Flambeau, WI 54538-0301 |
| 15014347 | + | Email/PDF: cbp@omf.com | Jul 18 2024 00:55:10 | One Main, 100 International Drive, 15th Floor, Baltimore, MD 21202-4784 |
| 15043517 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 18 2024 00:34:37 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15040264 | | Email/Text: bnc-quantum@quantum3group.com | Jul 18 2024 00:21:00 | Quantum3 Group LLC as agent for, Comenity |

| District/off: 0315-1 | User: auto | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| | | | | |
|---|---|---|---|---|
| | | | | Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15045397 | ^ | MEBN | Jul 18 2024 00:01:58 | RoundPoint Mortgage Servicing Corporation, 5016 Parkway Plaza Blvd,Buildings 6 & 8, Charlotte, NC 28217-1932 |
| 14998979 | + | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2024 00:34:15 | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |
| 15044779 | + | Email/Text: bncmail@w-legal.com | Jul 18 2024 00:22:00 | TD Bank USA, N.A., C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 15014352 | + | Email/Text: bncmail@w-legal.com | Jul 18 2024 00:21:00 | TD Bank USA/Target Credit, 7000 Target Parkway N, Mail Stop NCD-0450, Brooklyn Park, MN 55445-4301 |
| 15020491 | + | Email/Text: bankruptcy@huntington.com | Jul 18 2024 00:21:00 | The Huntington National Bank, P O Box 89424, Cleveland OH 44101-6424 |
| 15029164 | + | Email/Text: bankruptcy@sccompanies.com | Jul 18 2024 00:22:00 | The Swiss Colony, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 15014353 | + | Email/Text: bkelectronicnotices@usaa.com | Jul 18 2024 00:20:00 | USAA Savings Bank, POB 33009, San Antonio, TX 78265-3009 |
| 15014354 | + | Email/Text: jsprentz@urc.com | Jul 18 2024 00:22:00 | United Refining Company, POB 599, Warren, PA 16365-0599 |
| 15037603 | | Email/PDF: ebn_ais@aisinfo.com | Jul 18 2024 00:33:18 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 45

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Fifth Third Bank |
| cr | | ROUNDPOINT MORTGAGE SERVICING CORPORATION |
| cr | | RoundPoint Mortgage Servicing Corporation |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15014329 | * | Craig Harrison Fox, Esquire, One Montgomery Plaza, Suite 706, 425 Swede Street, Norristown, PA 19401 |
| 15043402 | *+ | Synchrony Bank, AIS InfoSource, LP as agent, 4515 N Santa Fe Ave., Oklahoma City, OK 73118-7901 |

TOTAL: 3 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| Date: Jul 19, 2024 | Signature: | /s/Gustava Winters |
|---|---|---|

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 17, 2024 at the address(es) listed below:**

| | | |
|---|---|---|
| District/off: 0315-1 | User: auto | Page 4 of 4 |
| Date Rcvd: Jul 17, 2024 | Form ID: pdf900 | Total Noticed: 55 |

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor RoundPoint Mortgage Servicing Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Brian Nicholas | on behalf of Creditor Freedom Mortgage Corporation brian+ecf@briannicholas.com  mccallaecf@ecf.courtdrive.com |
| Christopher M. McMonagle | on behalf of Creditor ROUNDPOINT MORTGAGE SERVICING CORPORATION christopher.mcmonagle@bbs-law.com  bkecf@sterneisenberg.com |
| Denise Carlon | on behalf of Creditor Freedom Mortgage Corporation dcarlon@kmllawgroup.com |
| Keri P. Ebeck | on behalf of Creditor Fifth Third Bank kebeck@bernsteinlaw.com btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com  mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Robert Shearer | on behalf of Joint Debtor Debbie A. Eaton information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Robert Shearer | on behalf of Debtor Bradley C. Eaton information@robertshearer.com  rshearer@ecf.axosfs.com;rspclaw@gmail.com |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 10